1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, NY Bar #5118427
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   BRANDON CASTILLO
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:20-cr-00113-DAD-BAM

12          Plaintiff,                 **STIPULATION TO CONTINUE
                                        PRELIMINARY HEARING;**
13  vs.                                **ORDER THEREON**

14  BRANDON CASTILLO,
                                        Date:  July 28, 2020
15          Defendant.                 Time:  2:00 p.m.
                                        Judge:  Hon, Erica P. Grosjean
16

17

18         IT IS HEREBY STIPULATED, by and between the parties, through their respective

19  counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant

20  Federal Defender Christina M. Corcoran, counsel for defendant Brandon Castillo, that the

21  preliminary hearing, currently scheduled for July 27, 2020, at 2:00 p.m., be continued to July 28,

22  2020 at 2:00 p.m.

23         Mr. Castillo made his initial appearance in this district on July 15, 2020. At that time, the

24  matter was set for a preliminary hearing on July 27, 2020.  On July 22, 2020, the Court granted

25  defense counsel's request to continue the detention hearing in this matter to July 28, 2020, to

26  accommodate the need for additional time for client communications, which have been difficult

27  as a result of COVID-19.  For the same reasons, defense counsel requests to continue the

28  preliminary hearing to July 28, 2020, the same day as the detention hearing.  This request

1    comports with the 14-day requirement under Federal Rule of Criminal Procedure 5.1(c).

2           For the aforementioned reasons, the parties agree that the preliminary hearing may be

3    continued until Tuesday, July 28, 2020 at 2:00 p.m.

4

5                                                   Respectfully submitted,

6                                                   McGREGOR W. SCOTT
                                                    United States Attorney
7

8    Date: July 23, 2020                            */s/ Stephanie Stokman*
                                                    STEPHANIE STOKMAN
9                                                   Assistant United States Attorney
                                                    Attorney for Plaintiff
10

11                                                  HEATHER E. WILLIAMS
                                                    Federal Defender
12

13   Date: July 23, 2020                            */s/ Christina M. Corcoran*
                                                    CHRISTINA M. CORCORAN
14                                                  Assistant Federal Defender
                                                    Attorney for Defendant
15                                                  BRANDON CASTILLO

16

17

18

19                                   **O R D E R**

20          GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the preliminary hearing

21   set for Monday, July 27, 2020 at 2:00 p.m. be continued to Tuesday, July 28, 2020, at 2:00 p.m.

22          IT IS SO ORDERED.

23
     Dated:   **July 24, 2020**              /s/ Erica P. Grosjean
24                                           UNITED STATES MAGISTRATE JUDGE

25

26

27

28

Castillo – Stipulation
and Proposed Order

2