1

2

3        **IN THE UNITED STATES DISTRICT COURT**

4        **FOR THE EASTERN DISTRICT OF CALIFORNIA**

5

6    UNITED STATES OF AMERICA,                   Case No. 1:20-cr-00113-DAD-BAM

7               Plaintiff,

8    vs.                                          **ORDER REQUIRING ADMINISTRATION**
                                                  **OF PHYSICAL EXAM AND BLOOD WORK**
9    BRANDON CASTILLO,                            **TO FACILITATE CONSIDERATION FOR**
                                                  **ADMISSION TO TREATMENT**
10              Defendant.                        **PROGRAMS**

11                                                **(ECF No. 15)**

12

13

14          At Mr. Castillo's detention hearing on July 31, 2020, the Court indicated that it will

15   "entertain a motion for bail review re new information as to drug treatment options," which was

16   not available as of the date of the detention hearing.  See ECF Docket # 13.  In order for Mr.

17   Castillo to receive consideration for admission to residential substance abuse treatment

18   programs, he must submit the results of a physical examination and specific blood tests to

19   admissions coordinators at these programs.  Specifically, defense counsel has been coordinating

20   Mr. Castillo's admission into Central Valley Teen Challenge for the past several weeks.

21          Because Mr. Castillo is currently incarcerated, the physical examination and blood work

22   must be performed at the Fresno County Jail. The Court understands that the medical staff at the

23   Fresno County Jail may require a court order to administer the required tests.

24          Accordingly, the Court HEREBY ORDERS that:

25       (1) Medical staff at Fresno County Jail immediately administer a blood test to Mr. Castillo in

26           order to test for Hepatitis A, B and C, HIV, and venereal disease, if they have not already

27           done so;

28       (2) Immediately perform a physical examination of Mr. Castillo, if they have not already done

             so; and

(3) As soon as possible forward the results of the physical examination and blood test to the U.S. Marshals Service, who are directed to immediately share the results with defense counsel in this case, Christina M. Corcoran, who will then forward the results to admissions coordinators at Central Valley Teen Challenge.

IT IS SO ORDERED.

Dated:    **August 18, 2020**          /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE