1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, NY Bar #5118427
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   BRANDON CASTILLO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:20-cr-00113-DAD-BAM
12 | Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**
13 | vs. |
14 | BRANDON CASTILLO, | Date:   February 9, 2022
                                Time:  2:00 p.m.
15 | Defendant. | Judge:  Hon. Barbara A. McAuliffe

18     IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Stephanie Stokman, counsel for plaintiff, and Assistant

20 Federal Defender Christina M. Corcoran, counsel for defendant Brandon Castillo, that the status

21 conference regarding Mr. Castillo's participation in the Teen Challenge program be continued to

22 February 9, 2022, at 2:00 p.m.

23     On October 19, 2021, the parties agreed to continue the status conference in the

24 underlying case to February 9, 2021 and agreed to exclude time through that date.  ECF Dkt. #

25 44.

26      On October 20, 2021, Teen Challenge informed defense counsel that Mr. Castillo will

27 remain in Teen Challenge for an additional four months to complete an apprenticeship with the

28 program.

1    For those reasons, the parties agree that a continuance of the status conference regarding
2 Mr. Castillo's program participation is appropriate.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

Date: October 25, 2021       */s/ Stephanie Stokman*
STEPHANIE STOKMAN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 25, 2021       */s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
BRANDON CASTILLO

**O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference regarding Mr. Castillo's participation in the Teen Challenge program be continued to Wednesday, February 9, 2022, at 2:00 p.m.

IT IS SO ORDERED.

Dated: **October 25, 2021**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Castillo – Stipulation
and Proposed Order

2