PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:    (559) 497-4000
Facsimile:    (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>BRANDON CASTILLO,<br><br>                              Defendants. | CASE NO.  1:20-CR-00113-DAD-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>DATE: September 14, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      A status conference is set for September 14, 2022.

2.      The parties have also set a trial date for January 18, 2023, and time has been excluded until that date.

//

//

//

3.      By this stipulation, the government and defendant now move to vacate the status date of September 14, 2022.

IT IS SO STIPULATED.

Dated:  August 31, 2022

PHILLIP A. TALBERT
United States Attorney


/s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney


Dated:  August 31, 2022

/s/ CHRISTINA CORCORAN
CHRISTINA CORCORAN
Counsel for Defendant
BRANDON CASTILLO


## ORDER

IT IS SO ORDERED that the status conference set for September 14, 2022, is vacated.

IT IS SO ORDERED.

Dated:  __September 1, 2022__          ___/s/ Barbara A. McAuliffe___

UNITED STATES MAGISTRATE JUDGE