PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:    (559) 497-4000
Facsimile:    (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>BRANDON CASTILLO,<br><br>                              Defendants. | CASE NO.  1:20-CR-00113-ADA-BAM<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>DATE: August 9, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      This matter was previously set for status conference on August 9, 2023.

2.      By this stipulation, the government and defendant now move to continue the status conference until October 25, 2023, and to exclude time between August 9, 2023, and October 25, 2023, under Local Code T4.

3.      The parties continue to discuss a potential resolution.

4.      Additionally, defendant requested discovery materials that the government had previously not possessed.  The government has since obtained the materials and is in the process of producing to defendant.

5.      If a resolution is not reached, the parties will be prepared to choose a jury trial date.

6.    By this stipulation, the parties now move to continue the status conference until October 25, 2023, and to exclude time between August 9, 2023, and October 25, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

7.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has represented that the discovery associated with this case includes reports, photographs, and audio files. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying, or is in the process of being produced.  Additionally, a plea agreement has been provided to defendant.

b)    Counsel for defendant desires additional time to further review discovery, discuss potential resolution with her client and the government, and investigate and prepare for trial.

c)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    Defendant has completed treatment at Teen Challenge and has been apprenticing with Teen Challenge since that completion.  Defendant has been successful in these efforts.

e)    The government does not object to the continuance.

f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 9, 2023 to October 25, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

h)    The parties also agree that this continuance is necessary for several reasons, including but not limited to, the need to permit time for the parties to exchange supplemental discovery, engage in plea negotiations, and for the defense to continue its investigation and

preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

8.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  August 3, 2023                                    PHILLIP A. TALBERT
                                                         United States Attorney


                                                         /s/ STEPHANIE M. STOKMAN
                                                         STEPHANIE M. STOKMAN
                                                         Assistant United States Attorney


Dated:  August 3, 2023                                   /s/ CHRISTINA CORCORAN
                                                         CHRISTINA CORCORAN
                                                         Counsel for Defendant
                                                         BRANDON CASTILLO


## **ORDER**

IT IS SO ORDERED that the status conference is continued from August 9, 2023, to **October 25, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.


IT IS SO ORDERED.

Dated:   __**August 3, 2023**__          ____/s/ *Barbara A. McAuliffe*____
                                         UNITED STATES MAGISTRATE JUDGE