HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
BRANDON CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00113-ADA-BAM |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |
| vs. | |
| BRANDON CASTILLO, | |
| Defendant. | |

Defendant, Brandon Castillo, is out of custody and doing well on pretrial supervision.  He is employed and works full time; as such, attending court appearances such as status conferences would require him to take leave from work.  Accordingly, pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Brandon Castillo, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

DATED: October 20, 2023          /s/ Brandon Castillo
                                 BRANDON CASTILLO
                                 Defendant


DATED: October 20, 2023          /s/ Christina M. Corcoran
                                 CHRISTINA M. CORCORAN
                                 Assistant Federal Defender
                                 Attorney for BRANDON CASTILLO


# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

Dated:   **October 23, 2023**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE