PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON CASTILLO,<br><br>Defendant. | CASE NO. 1:20-CR-00113-NODJ-BAM<br><br>STIPULATION TO MOTION SCHEDULE; FINDINGS AND ORDER |

**STIPULATION**

The United States, by and through Assistant United States Attorney Stephanie M. Stokman and counsel for defendant Brandon Castillo hereby stipulate and agree to a briefing schedule and hearing date on a suppression motion filed by defendant. Dkt. 76.

1. On December 4, 2023, defendant filed a motion in the above matter. Dkt. 76.

2. Counsel agree and stipulate that the following motion schedule shall apply:

    a) Opposition to motion shall be filed no later than January 31, 2024.

    b) Counsel for defendant may file a reply no later than February 20, 2024.

//

//

STIPULATION TO MOTION SCHEDULE; FINDINGS AND ORDER

1

c) The Court will hold a hearing on the motion on March 18, 2024, and vacate the currently set motion hearing date of February 5, 2024.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 5, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ STEPHANIE M. STOKMAN<br>STEPHANIE M. STOKMAN<br>Assistant United States Attorney |
| Dated: January 5, 2024 | /s/ CHRISTINA CORCORAN<br>CHRISTINA CORCORAN<br>Counsel for Defendant<br>BRANDON CASTILLO |

**FINDINGS AND ORDER**

The Court accepts the stipulation of the parties regarding the suppression motion filed by defendant. Docket No. 76. Accordingly, the Court FINDS:

Government's Opposition brief is due: January 31, 2024.

Defendant's Reply brief, if counsel chooses to file a Reply brief is due: February 20, 2024. A hearing on defendants' motion is set for: March 18, 2024, at 8:30AM, before No District Court Judge..

IT IS SO ORDERED.

Dated:   **January 8, 2024**

UNITED STATES DISTRICT JUDGE