HEATHER E. WILLIAMS
Federal Defender
CHRISTINA M. CORCORAN
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
BRANDON CASTILLO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>                    v.<br><br>BRANDON CASTILLO,<br><br>                           Defendant. | CASE NO.  1:20-CR-00113-NODJ-BAM<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE** |

**STIPULATION**

The United States, by and through Assistant United States Attorney Stephanie M. Stokman, and counsel for defendant Brandon Castillo, hereby stipulate and agree to the following amended briefing schedule.

1. On December 4, 2023, defendant filed a motion in the above matter.  Dkt. 76.

2. On January 5, 2024, the parties amended the briefing schedule to give government counsel additional time to file an opposition.

3. By this stipulation, the parties agree to extend defense counsel's deadline to reply to the government's opposition to Monday, February 26, 2024.

///

///

1

1       4.   The hearing on the motion will remain set for March 18, 2024.

2       **IT IS SO STIPULATED.**

3                                                       Respectfully Submitted,

4                                                       HEATHER E. WILLIAMS
                                                        Federal Defender
5
   DATED:  February 15, 2024                            */s/ Christina Corcoran*
6                                                       CHRISTINA CORCORAN
                                                        Counsel for Brandon Castillo
7

8                                                       PHILLIP A. TALBERT
                                                        United States Attorney
9
   DATED:  February 15, 2024                            */s/ Stephanie Stokman*
10                                                      STEPHANIE STOKMAN
                                                        Assistant United States Attorney
11

12

13

   IT IS SO ORDERED.
14

15     Dated:   **February 16, 2024**

16                                                      UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28