PHILLIP A. TALBERT
United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>BRANDON CASTILLO,<br><br>                  Defendant. | CASE NO. 1:20-CR-00113-NODJ-BAM<br><br>GOVERNMENT MOTION TO DISMISS AND ORDER |

The United States of America, by and through its undersigned counsel, hereby moves for dismissal of the above-captioned matter as to defendant Brandon Castillo in the interest of justice.

Dated: April 10, 2024

PHILLIP A. TALBERT
United States Attorney

By: /s/ STEPHANIE M. STOKMAN
STEPHANIE M. STOKMAN
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED this 11th day of April, 2024.

DATED: April 11, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

MOTION TO DISMISS AND ORDER